UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON ISAIAH STEWART, <br><br> Plaintiff, <br><br> v. <br><br> J. LOPEZ, et al., <br><br> Defendants. | No. 2:23-cv-01828-DAD-EFB (PC) <br><br> ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |

On November 7, 2024, a settlement conference was held and the parties reached a settlement agreement.

Accordingly, it is HEREBY ORDERED that:

1. All pending deadlines are VACATED; and
2. The parties shall file dispositional documents within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated: **November 7, 2024**

STANLEY A. BOONE
United States Magistrate Judge

1